Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURTS
Eastern District of Michigan

Case No.: **12−55710−swr**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
  Randall D. Montgomery                          Patricia E. Montgomery
  1600 Stumpmier Rd., Lot 31              1600 Stumpmier Rd., Lot 31
  Monroe, MI 48162                                  Monroe, MI 48162

Social Security No.:
  xxx−xx−5999                                        xxx−xx−9435

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that an **Order Granting U.S. Trustee's Motion to Dismiss Case 707(b)** was entered on **1/29/13**. Accordingly, the automatic stay is lifted in the above entitled case.

Dated: 1/29/13

                                            BY THE COURT

                                            Katherine B. Gullo , Clerk of Court
                                            UNITED STATES BANKRUPTCY COURT

```
                              United States Bankruptcy Court
                              Eastern District of Michigan
In re:                                                              Case No. 12-55710-swr
Randall D. Montgomery                                               Chapter 7
Patricia E. Montgomery
        Debtors                         CERTIFICATE OF NOTICE
District/off: 0645-2          User: jejac              Page 1 of 3               Date Rcvd: Jan 29, 2013
                              Form ID: ntcdsm          Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2013.
```
db/jdb       +Randall D. Montgomery,    Patricia E. Montgomery,    1600 Stumpmier Rd., Lot 31,
               Monroe, MI 48162-9408
21276749     +Arthritis Consultants PC,    P.O. Box 44047,    Detroit, MI 48244-0047
21276750      Beaumont Laboratory,    P.O. Box 5043,    Troy, MI 48007-5043
21355899     +CAPITAL ONE, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite 200,
               Tucson, AZ 85712-1083
21276751      Capital One,    P.O. Box 60599,    City of Industry, CA 91716-0599
21276752      Charter One,    P.O. Box 18204,    Bridgeport, CT 06601-3204
21276756     +Continence and Pelvic Medicine,    P.O. Box 64000,    Dept. 102501,    Detroit, MI 48264-0001
21276758    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    Eastern Michigan,    P.O. Box 630778,
               Cincinnati, OH 45263-0778)
21276757     +Fidelity Bank,    100 East English,    Wichita, KS 67202-3759
21276759     +First Credit Solutions,    9522 E. 47th Place,    Suite H,    Tulsa, OK 74145-7211
21276760      Ford Motor Company,    Deptartment 261201,    P.O. Box 67000,    Detroit, MI 48267-2612
21276761     +Ford Motor Company,    National Claims Center,    Fairlane Office Centre,
               4 Parklane Blvd., Suite 460,    Dearborn, MI 48126-2660
21276762     +GMAC Mortgage,    P.O. Box 9001719,    Louisville, KY 40290-1719
21276765      Medical Resources Group,    P.O. Box 2344,    Mount Clemens, MI 48046-2344
21276766     +Michigan Cornea Consultants,    P.O. Box 32669,    Detroit, MI 48232-0669
21276767      Michigan Diagnostic Pathologists,    P.O. Box 1468,    Troy, MI 48099-1468
21276768      PH Consultants in Cardiology,    30055 Northwestern Hwy., Suite 220,
               Farmington Hills, MI 48334-3275
21276769     +PNC Bank,    2730 Liberty Ave.,    Pittsburgh, PA 15222-4747
21276771      St. John Providence,    P.O. Box 773179,    Chicago, IL 60677-3001
21276772     +St. Marys Hospital,    36475 5 Mile Road,    Livonia, MI 48154-1988
21276773     +Talmer Bank and Trust,    P.O. Box 5012,    Port Huron, MI 48061-5012
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21276753      EDI: CITICORP.COM Jan 30 2013 00:18:00      Citi Cards,    Processing Center,
               Des Moines, IA 50363-0001
21276755     +EDI: CITICORP.COM Jan 30 2013 00:18:00      Citi Cards,    P.O. Box 6500,
               Sioux Falls, SD 57117-6500
21276763      EDI: HFC.COM Jan 30 2013 00:18:00      HSBC Retail Services,    P.O. Box 5238,
               Carol Stream, IL 60197-5238
21276764      EDI: CBSKOHLS.COM Jan 30 2013 00:18:00      Kohl's Payment Center,    P.O. Box 2983,
               Milwaukee, WI 53201-2983
21276770     +E-mail/Text: rdkcollects@gmail.com Jan 30 2013 00:32:34      RDK  Collection Services,
               318 John R. Rd.,    PMB 321,    Troy, MI 48083-4542
21276774      EDI: RMSC.COM Jan 30 2013 00:18:00      Walmart Card,    P.O. Box 960024,    Orlando, FL 32896-0024
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust           Daniel M. McDermott
21276754*    +Citi Cards,    Processing Center,    Des Moines, IA 50363-0001
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 31, 2013**                    **Signature:**    _____*Joseph Speetjens*_____

```
District/off: 0645-2           User: jejac                Page 3 of 3                  Date Rcvd: Jan 29, 2013
                               Form ID: ntcdsm            Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2013 at the address(es) listed below:

          Aaron T. Speck    on behalf of Debtor Randall Montgomery specklaw@juno.com, jeanettelaw09@yahoo.com
          Crystal L. Price-Buckley    on behalf of Creditor Fidelity Bank easternecf@trottlaw.com
          Douglas Ellmann    detrustee@gmail.com, mi04@ecfcbis.com;de@trustesolutions.com;DE@trustesolutions.net
          Douglas S. Ellmann    on behalf of Trustee Douglas Ellmann dse@ellmannlaw.com
          Drew P. Millitello    on behalf of Creditor Ford Motor Credit Company LLC ecf@kaalaw.com, dmillitello@kaalaw.com
          Laura M. Hawley    on behalf of Creditor Fidelity Bank easternecf@trottlaw.com
          Leslie K. Berg    on behalf of U.S. Trustee Daniel McDermott Leslie.K.Berg@usdoj.gov
          Michael P. Hogan    on behalf of Creditor Ford Motor Credit Company LLC ecf@kaalaw.com
          Nathaniel H Herdt    on behalf of Debtor Randall Montgomery nherdt@babutlaw.com, nathanielhherdtesq@hotmail.com;pmontgomery@babutlaw.com

                                                                                                                                                          TOTAL: 9